# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

KENODA D. BURRELL
Plaintiff

v.

REALPAGE, INC. and DOES 1-10
Defendant

3:23-cv-671
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Kenoda D. Burrell, Plaintiff

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Kenoda D. Burrell, Plaintiff
Devin Fok, DHF Law, P.C., Lead Counsel for Plaintiff
James Crewse, Crewse Law Firm PLLC, Local Counsel for Plaintiff
RealPage, Inc., Defendant

|  |  |
|---|---|
| Date: | March 29, 2023 |
| Signature: | /s/ James Crewse |
| Print Name: | James Crewse |
| Bar Number: | TX 24045722 |
| Address: | 5919 Vanderbilt Ave. |
| City, State, Zip: | Dallas, TX 75206 |
| Telephone: | 214-394-2856 |
| Fax: |  |
| E-Mail: | jcrewse@crewselawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.